IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITYCE MINYARD, | : | CIVIL ACTION |
| | : | NO. 11-246 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **31st** day of **July, 2012**, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 29) is **DENIED**.

It is hereby further **ORDERED** that Defendants' Motion for Leave to File a Reply (ECF No. 33) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of Defendants' reply in its disposition of their Motion.